Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Andrea M. Trgovcich

Date: August 3, 2017
Case No. 4:16CR371
Judge: John R. Adams
Court Reporter: Caroline Mahnke
Pts/ProbOffice: Chris Woo

U.S. Attorney:              Carmen Henderson & Paul Flannery
Attorney for Defendant(s):    John McCaffrey

**SENTENCING:**

Defendant committed to the custody of the Bureau of Prisons for a period of ___

I.S.S., Probation ordered for a period of 5 years as to count 1 with standard/special conditions as ordered including 6 months partici[ation in the Location Monitoring Program.

Supervised release for a term of ___ years as to Counts 1and 2 concurrent.

Fine Waived.

Restitution: $95,000.00 joint and several.

The defendant is to pay a special assessment of $ 100.00 on count 1.

X   The defendant was advised  of her appeal rights.

Comments:

Total Time: 1 Hr. 9 Mins.

S/Christin M. Kestner
Courtroom Deputy Clerk